UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANDRE D. HARRIS,<br><br>Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>Respondents. | Case No. 2:21-cv-02258-GMN-BNW<br><br>ORDER |

    On January 31, 2022, this court gave *pro se* 28 U.S.C. § 2254 habeas petitioner DeAndre D. Harris 30 days to either (1) pay the $5.00 filing fee or (2) submit a financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. Harris was expressly advised that failure to do so may result in the dismissal of this action without prejudice. More than the allotted time passed, and Harris did not respond to the court's order in any way. Accordingly, on April 1, 2022, this matter was dismissed without prejudice as improperly commenced, and judgment was entered. (ECF Nos. 5, 7).

    On April 13, 2022, Harris submitted a second, also incomplete, application to proceed *in forma pauperis* in this case (ECF No. 8). This case is closed, and the application is denied. If Harris wishes to seek federal habeas relief, he must file a petition in a new case, with a new case number, along with a fully completed application to proceed *in forma pauperis*, including a financial certificate completed and signed by

an authorized officer and an inmate account statement for the past six months, or pay the $5.00 filing fee.

**IT IS THEREFORE** ordered that petitioner's application to proceed *in forma pauperis* (ECF No. 8) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

DATED: 14 April 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE